CLOSED

NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| EON-NET, L.P., | **Hon. Dennis M. Cavanaugh** |
| Plaintiff, | |
| v. | **ORDER** |
| FLAGSTAR BANCORP, | Civil Action No. 05-CV-791 (DMC) |
| Defendant. | |

This matter coming before the Court upon a motion by Flagstar Bancorp ("Defendant") to transfer venue; this Court having carefully reviewed all submissions; and for the reasons stated in the Court's Opinion filed on this day,

IT IS on this 15th day of December 2005,

ORDERED that Defendant's Motion to Transfer Venue is **granted**.

Dennis M. Cavanaugh, U.S.D.J.

Date:      December 15, 2005
Original:  Clerk's Office
cc:        All Counsel of Record
           The Honorable Mark Falk, U.S.M.J.
           File