UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
OFFICE OF THE CLERK

NEWARK OFFICE

50 Walnut Street
Newark, NJ 07102

WILLIAM T. WALSH
Clerk

12/22/05

**CLERK**
United States District Court
 for the Western District of Washington
700 Stewart Street
Seattle, WA  98101

      Re:    **EON-NET, L.P. VS. FLAGSTAR BANCORP.**
              **Civil Docket No.  05-791(DMC)**

Dear Clerk:

      The above-captioned case has been transferred to your court pursuant to the enclosed Certified copy of the Order dated 12/15/05. You can obtain the original record by accessing CM/ECF through PACER. . Kindly acknowledge receipt on the duplicate of this letter, which is provided for your convenience.

                              Very truly yours,

                              WILLIAM T. WALSH, Clerk

                            By: *Sheree Raimo*
                                  SHEREE RAIMO
                                  Deputy Clerk

**RECEIPT ACKNOWLEDGED BY:** _____ **DATE:** _____

**YOUR CIVIL DOCKET NUMBER:** _____

**Instructions for Retrieving Electronic Case Files**
