UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
OFFICE OF THE CLERK

NEWARK OFFICE

50 Walnut Street
Newark, NJ 07102

12/22/05

WILLIAM T. WALSH
Clerk

**CLERK**
United States District Court
for the Western District of Washington
700 Stewart Street
Seattle, WA 98101

FILED
LODGED
RECEIVED
[MAIL]

DEC 27 2005

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

Re:  **EON-NET, L.P. VS. FLAGSTAR BANCORP.**
     **Civil Docket No. 05-791(DMC)**

Dear Clerk:

The above-captioned case has been transferred to your court pursuant to the enclosed Certified copy of the Order dated 12/15/05. You can obtain the original record by accessing CM/ECF through PACER. . Kindly acknowledge receipt on the duplicate of this letter, which is provided for your convenience.

Very truly yours,

WILLIAM T. WALSH, Clerk

By:  SHEREE RAIMO
     Deputy Clerk

RECEIPT ACKNOWLEDGED BY: _____  DATE: 12-28-05

YOUR CIVIL DOCKET NUMBER: **CV05-2129** RSL

**Instructions for Retrieving Electronic Case Files**